KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
JAN NIELSEN LITTLE - #100029
ASIM M. BHANSALI - #194925
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
jkeker@kvn.com
jlittle@kvn.com
abhansali@kvn.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
MARK F. POMERANTZ, *pro hac vice* pending
ERIC S. GOLDSTEIN, *pro hac vice* pending
ROBERTO FINZI, *pro hac vice* pending
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
Fax: (212) 757-3990

**E-filed 3/20/06**

Attorneys for Defendants
IGAL KOHAVI, YAIR SHAMIR and GIORA YARON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REENA GUPTA, Derivatively on Behalf of Nominal Defendant MERCURY INTERACTIVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BRAD BOSTON, IGAL KOHAVI, AMNON LANDAN, CLYDE OSTLER, YAIR SHAMIR, SUSAN SKAER, DOUGLAS SMITH, GIORA YARON, and ANTHONY ZINGALE,<br><br>Defendants. | Case No. C-05-4685 (JF)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION OF ROBERTO FINZI TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF DEFENDANTS IGAL KOHAVI, YAIR SHAMIR AND GIORA YARON |

[PROPOSED] ORDER GRANTING APPLICATION OF ROBERTO FINZI TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF DEFENDANTS IGAL KOHAVI, YAIR SHAMIR AND GIORA YARON
CASE NO. C-05-4685 (JF)

368940.01

1  Roberto Finzi, an active member in good standing of the bar of New York, whose
2 business address and telephone number is Paul, Weiss, Rifkind, Wharton & Garrison, LLP,
3 located at 1285 Avenue of the Americas, New York, NY 10019, (212) 373-3000, having applied
4 in the above-entitled action for admission to practice in the Northern District of California on a
5 *pro hac vice* basis, representing Igal Kohavi, Yair Shamir and Giora Yaron;
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7 conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
8 *vice*.  Service of papers upon and communication with co-counsel designated in the application
9 will constitute notice to the party.  All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

12 Dated:  ___3/20/06_____

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

1
[PROPOSED] ORDER GRANTING APPLICATION OF ROBERTO FINZI TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF DEFENDANTS IGAL KOHAVI, YAIR SHAMIR AND GIORA YARON
CASE NO. C-05-4685 (JF)

368940.01